**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-five,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 25-197 |
| v. | |

Ronald Johnson, AKA Top Gun, Savon Bagby, AKA Baggs, Natquan Catts, AKA Nate, AKA Scoop, Jahquez Coleman, AKA Quez the Rapper, AKA Quez, Walter Coleman, AKA BB, Chevez Derello, AKA Vezy, Leonard Derello, AKA Lenny Boy, Tyreck Douglas, AKA Little Ty, Erving Ferzan, AKA Erv, Rakee Johnson, AKA Spaz, AKA Zetho, Glorious Landrum, AKA Gus, Antoine McKinnon, AKA Twon, AKA Cuzzi, Wayne Morgan, AKA Chum Chum, Carlos Ocasio, AKA Leak, AKA Pimp, Gordon Riddick, AKA Stacky G's, AKA Stacks, Keenan Watts, AKA Milleone, AKA Mills, Kwamene Williams, AKA Kwa, AKA Rich Quality,

       Defendants,

Corey Latimer, AKA Fonzi,

       Defendant - Appellant,

_____

Counsel for Appellant Corey Latimer has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 02, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before December 02, 2025. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

